UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EMILY HOLLAND** | § | Docket No. 2:23-cv-04539 |
| | § | |
| **Versus** | § | |
| | § | Judge: BARRY W. ASHE |
| | § | |
| **ALLSTATE INSURANCE COMPANY** | § | |
| | § | Magistrate Judge: KAREN WELLS ROBY |
| | § | |

### VOLUNTARY MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss Without Prejudice for the reasons set forth below.

1. Plaintiff, EMILY HOLLAND, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 26, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, undersigned counsel attempted to contact the client again and successfully spoke with the client. The client informed undersigned counsel that they do not wish to pursue the

claim any further. On October 6th, 2023, Galindo Law sent a dismissal letter to Plaintiff. As of that date, no communication has been made with Plaintiff.

Accordingly, upon due consideration of the facts and law, Plaintiff wishes to voluntarily dismiss her claim without prejudice.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim with prejudice.

>                             Respectfully Submitted,
>
>                             */s/ Mark Ladd*_____
>                             Mark Ladd
>                             Louisiana Bar Number: 30847
>                             mark@galindolaw.com
>                             Galindo Law Firm
>                             3850 North Causeway Blvd. Ste. 1520
>                             Metairie, Louisiana 70002
>                             Ph. 713-228-3030
>                             Fax 713-228-3003
>                             Email: hurricane@galindolaw.com
>                             **ATTORNEYS FOR PLAINTIFF`**